UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No. 1:02-CR-187 |
| v. ) | |
| ) | Judge Curtis L. Collier |
| ) | |
| DANIEL S. GEIGER ) | |

## O R D E R

For the reasons stated in the accompanying memorandum, Defendant Daniel S. Geiger's motion for stay of execution of judgment pending appeal pursuant to Fed. R. Crim. P. 38(e) (Court File No. 360) is **DENIED**.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**