UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 1:02-CR-187 |
| v. | ) | |
| | ) | Judge Curtis L. Collier |
| | ) | |
| DANIEL S. GEIGER | ) | |

## O R D E R

Defendant Daniel S. Geiger has filed a *pro se* motion requesting the Court to strike three of the Government's filings because he has not been served with a copy of the filings (Court File No. 363). Defendant's motion to strike Court File Numbers 357, 358, and 359 is **DENIED**. Each of the Government's filings are timely and properly before the Court. However, the Court **ORDERS** the Clerk of Court to **MAIL** the Government's three filings along with this Order to Defendant at the following address:

    40375-074
    Taft Correctional Institution
    PO Box 7001 A4B
    Taft, CA 93268

**SO ORDERED.**

**ENTER:**

                              **/s/**
                              **CURTIS L. COLLIER**
                              **CHIEF UNITED STATES DISTRICT JUDGE**